**[Dapndf]** [District AP Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                      Case No. 6:18−bk−07855−KSJ

                                                                                            Chapter 7

Matthew Ross Szafran


_____Debtor*_____/

Mark Little

Annette Little

           Plaintiff*

vs.                                                                                         Adv. Pro. No. 6:19−ap−00105−KSJ

Matthew Ross Szafran


_____Defendant*_____/

### NOTICE OF DEFICIENT FILING

   On March 7, 2019 a Objection to Discharge Under 11 U.S.C. §727(A) was filed by Mark and Annette Little (Doc. # 1 ). After review, the Clerk noted the deficiencies indicated below. The deficiencies must be cured within fourteen days of the date of this notice.

   ☐  The does not contain an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2.

   ☐  A Corporate Ownership Statement required by Fed. R. Bank. P. 7007.1 was not filed by .

   ☐  The was filed by a non−individual without legal counsel admitted to practice in the Middle District of Florida. Pursuant to Federal Rules of Bankruptcy Procedure 9010(a), a non−individual cannot appear in these proceedings except through counsel duly authorized to practice before this Court. *See Palazzo v. Gulf Oil Corp.,* 764 F.2d 1181 (11th Cir. 1985). Failure to retain the services of counsel authorized to practice in the Middle District of Florida will result in the filed paper being stricken.

☑ The filing fee required by 28 U.S.C. § 1930 in the amount of $350.00 has not been paid. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below

☑ The caption of the Objection to Discharge Under 11 U.S.C. §727(A) is incorrect pursuant to Part VII of the Federal Rules of Bankruptcy Procedure.

DATED March 25, 2019       Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.