| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-04357-CCJ<br>Middle District of Florida<br>Orlando<br>Thu Apr 11 13:24:51 EDT 2019 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Brevard County Tax Collector<br>Attn: Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 | Brevard Physcians Assoc<br>Frost-Arnett<br>PO BOX 198988<br>Nashville, TN 37219-8988 |
| CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Ditech<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709-6172 |
| Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Health First Medical<br>699 W Cocoa Beach Causeway<br>Suite 506<br>Cocoa Beach, FL 32931-3562 |
| Health First Medical Group<br>c/o Health First Legal Department<br>6450 US Highway 1<br>Rockledge, FL 32955-5747 | IC Systems, Inc<br>444 Highway 96 East<br>St Paul, MN 55127-2557 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LAUNCH FEDERAL CREDIT UNION<br>415 FORTENBERRY RD<br>MERRITT ISLAND, FL 32952-3521 | Launch Federal Credit<br>415 Fortenberry Rd<br>Merritt Island, FL 32952-3521 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Laboratory<br>American Medical Collection<br>4 Westchester Plaza, Build 4<br>Elmsford, NY 10523-1612 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Linda E Labrie<br>5590 Hemsing Street<br>Cocoa, FL 32927-2321 |
| Sophia Cabacum Dean<br>The Orlando Law Group PL<br>12301 Lake Underhill Road, Suite 213<br>Orlando, FL 32828-4511 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28